# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-34614-SPS |
| | § | |
| TENESHA FUNCHES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/09/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/19/2011          By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34614-SPS |
| | § | |
| TENESHA FUNCHES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $7,350.62
*and approved disbursements of*  $2,713.76
*leaving a balance on hand of[1]:*  $4,636.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,636.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,163.08 | $0.00 | $1,163.08 |
| David P. Leibowitz, Trustee Expenses | $3.78 | $0.00 | $3.78 |

Total to be paid for chapter 7 administrative expenses: $1,166.86
Remaining balance: $3,470.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   | Remaining balance: | $3,470.00 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |   |
|---|---|---|
|   | Total to be paid to priority claims: | $0.00 |
|   | Remaining balance: | $3,470.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,832.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee BALLY TOTAL FITNESS | $1,001.33 | $0.00 | $595.77 |
| 2 | NCO PORTFOLIO MANAGEMENT/ WASHINGTON MUTUAL DDA | $339.10 | $0.00 | $201.76 |
| 3 | Zenith Acquisition | $324.53 | $0.00 | $193.09 |
| 4 | Commonwealth Edison Company | $2,363.39 | $0.00 | $1,406.18 |
| 6 | American Infosource Lp As Agent for Fingerhut | $240.14 | $0.00 | $142.88 |
| 7 | American Infosource Lp As Agent for/Charter One Bank | $1,563.61 | $0.00 | $930.32 |

|   |   |   |
|---|---|---|
|   | Total to be paid to timely general unsecured claims: | $3,470.00 |
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-34614-SPS
Tenesha Funches  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: choward  Page 1 of 2  Date Rcvd: Oct 21, 2011
                Form ID: pdf006        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2011.
```
db          +Tenesha Funches,    1226 South 50th Court,    Cicero, IL 60804-1335
15945782    +Absolute Collect SVC,    421 Fayvetteville St Mall,    Raleigh, NC 27601-1777
15945790     City of Chicago,    Department of Revenue,    Chicago, Illinois
15944063    +Cook Law Magistrate Chgo,    50 West Washington St,    Chicago, IL 60602-7300
16643730     Department of Treasury,    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
15945791    +Enhanced Recovery Corporation,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15945793    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, Illinois 60477-9110
15945794    +Jefferson Capital Systems,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
15945795    +Keynote Consulting,    220 West Campus Dr. Ste 102,    Arlington Heights, IL 60004-1498
15945786    +NCO Financial Services,    507 Prudential Rd,    Horsham, PA 19044-2368
16380689     NCO PORTFOLIO MANAGEMENT,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15945797    +Peoples Gas,    130 E Randolph Dr,    Chgo IL 60601-6302
15945788    +RJM ACQ LLC,    575 Underhill Blvd,    Syosset, NY 11791-3426
15945789    +Zenith Acquisition,    170 Northpointe Pkwy,    Ste 300,    Amherst, NY 14228-1992
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15945783    +E-mail/PDF: recoverybankruptcy@afninet.com Oct 22 2011 02:10:43     AFNI,    PO Box 3097,
              Bloomington, Illinois 61702-3097
16670981     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26
              American Infosource Lp As Agent for,    Rjm Acquisitions, LLC As Assignee of,
              Fingerhut/Axsys National Bank,    PO Box 248838,    Oklahoma City, OK   73124-8838
16670990     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26
              American Infosource Lp As Agent for,    Rjm Acquisitions, LLC As Assignee of,    Charter One Bank,
              PO Box 248838,    Oklahoma City, OK   73124-8838
15945784    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 22 2011 01:39:07     Armor Systems Co,
              1700 Kiefer Drive Ste 1,    Zion, Illinois 60099-5105
15945785    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 22 2011 01:38:35     Asset Acceptance,
              PO Box 1630,    Warren, MI 48090-1630
16365261    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 22 2011 01:38:35     Asset Acceptance, LLC,
              assignee BALLY TOTAL FITNESS,    PO Box 2036,    Warren, MI 48090-2036
15945798    +E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58     Commonwealth Edison,
              P O Box 6111,    Carol Stream IL 60197-6111
16559246    +E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58     Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankrutcy Section,    Oakbrook Terrace, IL 60181-4204
15945791    +E-mail/Text: bknotice@erccollections.com Oct 22 2011 01:40:19     Enhanced Recovery Corporation,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15945792    +E-mail/Text: Bankruptcy@icsystem.com Oct 22 2011 01:40:18     IC System Inc,    PO Box 64378,
              Saint Paul, MN 55164-0378
15945796    +E-mail/Text: bankrup@nicor.com Oct 22 2011 01:38:12     Nicor,    P O Box 190,
              Aurora IL 60507-0190
15945787    +E-mail/Text: bknotices@totalcardinc.com Oct 22 2011 01:40:15     Plains Commerce Bank,
              PO Box 89937,    Sioux Falls, SD 57109-6937
15945788    +E-mail/Text: rjm@ebn.phinsolutions.com Oct 22 2011 01:38:34     RJM ACQ LLC,    575 Underhill Blvd,
              Syosset, NY 11791-3426
15945789    +E-mail/Text: zenith@ebn.phinsolutions.com Oct 22 2011 01:39:49     Zenith Acquisition,
              170 Northpointe Pkwy,    Ste 300,    Amherst, NY 14228-1992
                                                                                              TOTAL: 14
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: choward              Page 2 of 2              Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 25

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                    **Signature:**    */s/ Joseph Speetjens*