UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-34614-SPS
§
TENESHA FUNCHES §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,000.00 | Assets Exempt: | $1,000.00 |
| Total Distributions to Claimants: | $3,470.00 | Claims Discharged Without Payment: | $26,027.10 |
| Total Expenses of Administration: | $1,182.33 | | |

3) Total gross receipts of $7,350.62 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,698.29 (see **Exhibit 2),** yielded net receipts of $4,652.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,182.33 | $1,182.33 | $1,182.33 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $1,305.05 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,328.00 | $5,832.10 | $5,832.10 | $3,470.00 |
| **Total Disbursements** | $24,328.00 | $8,319.48 | $7,014.43 | $4,652.33 |

4). This case was originally filed under chapter 7 on 08/02/2010. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012          By:   /s/ David P. Leibowitz
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1129-000 | $7,349.80 |
| Interest Earned | 1270-000 | $0.82 |
| **TOTAL GROSS RECEIPTS** | | **$7,350.62** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Tenesha Funches | Exemptions | 8100-002 | $2,698.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,698.29** |

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,163.08 | $1,163.08 | $1,163.08 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.78 | $3.78 | $3.78 |
| Green Bank | 2600-000 | NA | $15.47 | $15.47 | $15.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,182.33 | $1,182.33 | $1,182.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Department of Treasury | 5800-000 | NA | $1,305.05 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,305.05 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee BALLY TOTAL FITNESS | 7100-000 | NA | $1,001.33 | $1,001.33 | $595.77 |
| 2 | NCO PORTFOLIO MANAGEMENT / WASHINGTON MUTUAL DDA | 7100-000 | $339.00 | $339.10 | $339.10 | $201.76 |
| 3 | Zenith Acquisition | 7100-900 | $324.00 | $324.53 | $324.53 | $193.09 |
| 4 | Commonwealth Edison Company | 7100-000 | NA | $2,363.39 | $2,363.39 | $1,406.18 |
| 6 | American Infosource Lp As Agent for Fingerhut | 7100-900 | NA | $240.14 | $240.14 | $142.88 |
| 7 | American Infosource Lp As Agent for/Charter One Bank | 7100-900 | NA | $1,563.61 | $1,563.61 | $930.32 |
| | Absolute Collect SVC | 7100-000 | $500.00 | NA | NA | $0.00 |
| | AFNI | 7100-000 | $400.00 | NA | NA | $0.00 |
| | Armor System Co | 7100-000 | $353.00 | NA | NA | $0.00 |
| | Asset Acceptance | 7100-000 | $734.00 | NA | NA | $0.00 |
| | City of Chicago | 7100-000 | $3,500.00 | NA | NA | $0.00 |
| | Cok Law Magistrate | 7100-000 | $3,569.00 | NA | NA | $0.00 |
| | Cook Law Magisrate/Chgo | 7100-000 | $1,114.00 | NA | NA | $0.00 |
| | Cook Law Magistrate | 7100-000 | $2,199.00 | NA | NA | $0.00 |
| | Cook Law Magistrate /Chi | 7100-000 | $2,087.00 | NA | NA | $0.00 |
| | Enhanced Recovery Corporation | 7100-000 | $954.00 | NA | NA | $0.00 |
| | IC System Inc | 7100-000 | $833.00 | NA | NA | $0.00 |
| | IC System Inc | 7100-000 | $833.00 | NA | NA | $0.00 |
| | Illinois Collection Serv | 7100-000 | $80.00 | NA | NA | $0.00 |
| | Jefferson Capital Systems | 7100-000 | $423.00 | NA | NA | $0.00 |
| | Keynote Consulting | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Law Magistrate | 7100-000 | $4,273.00 | NA | NA | $0.00 |
| Plains Commerce Bank | 7100-000 | $250.00 | NA | NA | $0.00 |
| RJM ACQ LLC | 7100-000 | $1,563.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $24,328.00 | $5,832.10 | $5,832.10 | $3,470.00 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 10-34614-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | FUNCHES, TENESHA | **Date Filed (f) or Converted (c):** | 08/02/2010 (f) |
| **For the Period Ending:** | 2/9/2012 | **§341(a) Meeting Date:** | 09/28/2010 |
| | | **Claims Bar Date:** | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2010 Tax Refund (u) | Unknown | Unknown | | $7,349.80 | FA |
| 2  checking | Unknown | $0.00 | DA | $0.00 | FA |
| 3  Radio, TV, Lamps, Table, Dressers, Frig, | $500.00 | $0.00 | DA | $0.00 | FA |
| 4  shoes, socks, pants, shirts, skirts, coats, boots | $500.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.82 | FA |

**TOTALS (Excluding unknown value)**                                                                                  **Gross Value of Remaining Assets**

$1,000.00     $0.00                                                            $7,350.62          $0.00

**Major Activities affecting case closing:**
Tax Refund
TFR Completed for trustee's review.

| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ |

| Case No. | 10-34614-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FUNCHES, TENESHA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2130 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/2/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,652.33 | | $4,652.33 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $4,650.88 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.53 | $4,644.35 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,636.86 |
| 11/14/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.78 | $4,633.08 |
| 11/14/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,163.08 | $3,470.00 |
| 11/14/2011 | 5003 | Asset Acceptance, LLC assignee BALLY TOTAL | Claim #: 1; Amount Claimed: 1,001.33; Amount Allowed: 1,001.33; Distribution Dividend: 59.50; | 7100-000 | | $595.77 | $2,874.23 |
| 11/14/2011 | 5004 | NCO PORTFOLIO MANAGEMENT/ | Claim #: 2; Amount Claimed: 339.10; Amount Allowed: 339.10; Distribution Dividend: 59.50; | 7100-000 | | $201.76 | $2,672.47 |
| 11/14/2011 | 5005 | Zenith Acquisition | Claim #: 3; Amount Claimed: 324.53; Amount Allowed: 324.53; Distribution Dividend: 59.50; | 7100-900 | | $193.09 | $2,479.38 |
| 11/14/2011 | 5006 | Commonwealth Edison Company | Claim #: 4; Amount Claimed: 2,363.39; Amount Allowed: 2,363.39; Distribution Dividend: 59.50; | 7100-000 | | $1,406.18 | $1,073.20 |
| 11/14/2011 | 5007 | American Infosource Lp As Agent for Fingerhut | Claim #: 6; Amount Claimed: 240.14; Amount Allowed: 240.14; Distribution Dividend: 59.50; | 7100-900 | | $142.88 | $930.32 |
| 11/14/2011 | 5008 | American Infosource Lp As Agent for/Charter One | Claim #: 7; Amount Claimed: 1,563.61; Amount Allowed: 1,563.61; Distribution Dividend: 59.50; | 7100-900 | | $930.32 | $0.00 |
| | | | **TOTALS:** | | $4,652.33 | $4,652.33 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,652.33 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,652.33 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,652.33 | |

**For the period of 8/2/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,652.33 |
| | |
| Total Compensable Disbursements: | $4,652.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,652.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,652.33 |
| | |
| Total Compensable Disbursements: | $4,652.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,652.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-34614-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FUNCHES, TENESHA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2130 | Money Market Acct #: | ******4614 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/2/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2011 | (1) | United States Treasury | | 1129-000 | $7,349.80 | | $7,349.80 |
| 02/23/2011 | 1001 | Tenesha Funhes | Entitled portion of debtor's tax refund. | 8100-002 | | $2,698.29 | $4,651.51 |
| 02/23/2011 | 1001 | VOID: Tenesha Funhes | | 8100-003 | | ($2,698.29) | $7,349.80 |
| 02/23/2011 | 1002 | Tenesha Funches | Entitled portion of debtor's tax refund. | 8100-002 | | $2,698.29 | $4,651.51 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $4,651.56 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $4,651.76 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.19 | | $4,651.95 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.20 | | $4,652.15 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.18 | | $4,652.33 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,652.33 | $0.00 |
| | | | **TOTALS:** | | $7,350.62 | $7,350.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,652.33 | |
| | | | Subtotal | | $7,350.62 | $2,698.29 | |
| | | | Less: Payments to debtors | | $0.00 | $2,698.29 | |
| | | | Net | | $7,350.62 | $0.00 | |

**For the period of 8/2/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,350.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,350.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,698.29 |
| Total Comp/Non Comp Disbursements: | $2,698.29 |
| Total Internal/Transfer Disbursements: | $4,652.33 |

**For the entire history of the account between 02/22/2011 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,350.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,350.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,698.29 |
| Total Comp/Non Comp Disbursements: | $2,698.29 |
| Total Internal/Transfer Disbursements: | $4,652.33 |

Case 10-34614   Doc 33   Filed 04/11/12   Entered 04/11/12 16:59:12   Desc Main
Document      Page 9 of 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit 9

| **Case No.** | 10-34614-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | FUNCHES, TENESHA | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2130 | **Money Market Acct #:** | ******4614 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/2/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,350.62 | $7,350.62 | $0.00 |

**For the period of 8/2/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,350.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,350.62 |
| Total Internal/Transfer Receipts: | $4,652.33 |
| | |
| Total Compensable Disbursements: | $4,652.33 |
| Total Non-Compensable Disbursements: | $2,698.29 |
| Total Comp/Non Comp Disbursements: | $7,350.62 |
| Total Internal/Transfer Disbursements: | $4,652.33 |

**For the entire history of the case between 08/02/2010 to 2/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,350.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,350.62 |
| Total Internal/Transfer Receipts: | $4,652.33 |
| | |
| Total Compensable Disbursements: | $4,652.33 |
| Total Non-Compensable Disbursements: | $2,698.29 |
| Total Comp/Non Comp Disbursements: | $7,350.62 |
| Total Internal/Transfer Disbursements: | $4,652.33 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ